# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# (SOUTHERN DIVISION)

| | | |
|---|---|---|
| **JAMES WALTHALL,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| V. | ) | **CIVIL ACTION NO.:** |
| | ) | |
| **EQUIFAX INFORMATION SERVICES, INC., ET AL.,** | ) ) | **2:17-cv-01095-KOB** |
| | ) | |
| **DEFENDANTS.** | ) | |

## NOTICE OF SETTLEMENT

Plaintiff James Walthall ("Plaintiff") hereby notifies the court that Plaintiff and Defendant TransUnion LLC ("Trans Union") (ONLY) have reached a settlement in principal and are in the process of consummating the terms of the settlement agreement. Plaintiff expects to file a dismissal with prejudice of Trans Union on or before January 26, 2018.

Plaintiff's claims against the remaining defendants remain before the court.

Respectfully submitted,

*/s/ Micah S. Adkins*
Micah S. Adkins (ASB-8639-I48A)
**THE ADKINS FIRM, P.C.**
7100 Executive Center Drive, Suite 110
Brentwood, Tennessee 37027
Telephone:  (615) 370-9659
Facsimile:   (615) 370-4099
Email:   MicahAdkins@ItsYourCreditReport.com
*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2017, I filed the foregoing paper using the CMECF System, which will send electronic notification of the same to the following counsel of record:

L. Jackson Young, Jr.
Ferguson, Frost, Moore & Young, LLP
1400 Urban Center Drive, Suite 200
Birmingham, AL  35242

Kirkland E. Reid
Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602

Matthew W. Robinett
Norman, Wood, Kendrick & Turner
Ridge Park Place, Ste. 3000
1130 22nd Street South
Birmingham, AL 35205

Jessica C. Casey
1420 Peachtree Street
Suite 800
Atlanta, GA 30309

*/s/ Micah S. Adkins*
Micah S. Adkins