FILED
2018 Jan-31 AM 11:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
(SOUTHERN DIVISION)

| | |
|---|---|
| JAMES WALTHALL, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CIVIL ACTION NO.: |
| ) | |
| EQUIFAX INFORMATION ) | 2:17-cv-01095-KOB |
| SERVICES, INC., ET AL., ) | |
| ) | |
| DEFENDANTS. ) | |

### JOINT STIPULATION OF DISMISSAL OF DEFENDANT TRANS UNION, LLC (ONLY) WITH PREJUDICE

COME NOW Plaintiff James Walthall ("Plaintiff") and Defendant Trans Union, LLC ("Trans Union") (ONLY), pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and jointly stipulate that TransUnion is due to be dismissed from this action, *with prejudice*, said parties to bear their own costs and attorneys' fees. Plaintiff's claims against the remaining defendants, Equifax Information Services, Inc. and Experian Information Solutions, Inc., remain before the court.

Respectfully submitted,

_____
Micah S. Adkins (ASB-8639-I48A)
**THE ADKINS FIRM, P.C.**
7100 Executive Center Drive, Suite 110
Brentwood, Tennessee 37027
Telephone: (615) 370-9659
Facsimile: (615) 370-4099
Email: MicahAdkins@ItsYourCreditReport.com

*Counsel for Plaintiff*

[signature]

Matthew W. Robinett (ASB-3523-I72M)
**NORMAN, WOOD, KENDRICK & TURNER**
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com
*Counsel for Trans Union, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2018, I filed the foregoing paper using the CMECF System, which will send electronic notification of the same to the following counsel of record:

L. Jackson Young, Jr.
Ferguson, Frost, Moore & Young, LLP
1400 Urban Center Drive, Suite 200
Birmingham, AL 35242

Kirkland E. Reid
Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602

Matthew W. Robinett
Norman, Wood, Kendrick & Turner
Ridge Park Place, Ste. 3000
1130 22nd Street South
Birmingham, AL 35205

Jessica C. Casey
1420 Peachtree Street
Suite 800
Atlanta, GA 30309

*/s/ Micah S. Adkins*
Micah S. Adkins