IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES WALTHALL, | ] |
| Plaintiff, | ] |
| v. | ] CIVIL ACTION NO.: |
|  | ] 2:17-CV-1095 KOB |
| EQUIFAX INFORMATION SERVICES, INC., et al., | ] |
| Defendants. | ] |

### ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT TRANS UNION, LLC

In accordance with the parties' Joint Stipulation of Dismissal with Prejudice, filed January 31, 2018 (doc. 27), the court hereby orders that this action against Trans Union, LLC, (only), shall be, and is, **DISMISSED WITH PREJUDICE**.  Said parties to bear their own costs, expenses, and attorney's fees.  The Clerk of the Court is directed to terminate Trans Union, LLC as a defendant in this matter.

Plaintiff's claims against defendants Equifax Information Services, Inc., and Experian Information Solutions, Inc., remain before the court.

DONE and ORDERED this 31st day of January, 2018.

_Karon O. Bowdre_
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE