UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| JAMES WALTHALL, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO.: |
| | ) | |
| EQUIFAX INFORMATION SERVICES, INC., ET AL., | ) ) | 2:17-cv-01095-KOB |
| | ) | |
| DEFENDANTS. | ) | |

## JOINT STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC (ONLY) WITH PREJUDICE

COME NOW Plaintiff James Walthall ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") (only), pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and jointly stipulate that Equifax is due to be dismissed from this action, *with prejudice*, costs and attorneys' fees as to said defendant taxed as paid. Plaintiff's claims against the remaining defendant, Experian Information Solutions, Inc., remain before the court.

Respectfully submitted,

Micah S. Adkins (ASB-8639-I48A)
THE ADKINS FIRM, P.C.
7100 Executive Center Drive, Suite 110
Brentwood, Tennessee 37027
Telephone:  (615) 370-9659
Facsimile:   (615) 370-4099

Email:  MicahAdkins@ItsYourCreditReport.com
*Counsel for Plaintiff*

/s/ Kirkland E. Reid

Kirkland E. Reid (REIDK9451)
**Jones Walker LLP**
11 N. Water Street, Suite 1200
Mobile, AL 36602
Telephone: (251) 432-1414 (main)
Facsimile: (251) 439-7358
Email: kreid@joneswalker.com
*Counsel for Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2018, I filed the foregoing paper using the CM/ECF System, which will send electronic notification of the same to the following counsel of record:

L. Jackson Young, Jr.
Ferguson, Frost, Moore & Young, LLP
1400 Urban Center Drive, Suite 200
Birmingham, AL 35242

Kirkland E. Reid
Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602

Jessica C. Casey
1420 Peachtree Street
Suite 800
Atlanta, GA 30309

*/s/ Micah S. Adkins*
Micah S. Adkins