# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# (SOUTHERN DIVISION)

| | | |
|---|---|---|
| **JAMES WALTHALL,** | ) | |
| | ) | |
|    PLAINTIFF, | ) | |
| | ) | |
| V. | ) | **CIVIL ACTION NO.:** |
| | ) | |
| **EQUIFAX INFORMATION** | ) | **2:17-cv-01095-KOB** |
| **SERVICES, INC., ET AL.,** | ) | |
| | ) | |
|    DEFENDANTS. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff James Walthall ("Plaintiff") hereby notifies the court that Plaintiff and the sole remaining defendant, Experian Information Solutions, Inc. ("Experian"), have reached a settlement in principal and are in the process of consummating the terms of the settlement agreement. Plaintiff expects to file a dismissal with prejudice of Experian on or before March 30, 2018.

                                              Respectfully submitted,

                                              */s/ Micah S. Adkins*
                                              Micah S. Adkins (ASB-8639-I48A)
                                              **THE ADKINS FIRM, P.C.**
                                              7100 Executive Center Drive, Suite 110
                                              Brentwood, Tennessee 37027
                                              Telephone:  (615) 370-9659
                                              Facsimile:   (615) 370-4099
                                              Email:   MicahAdkins@ItsYourCreditReport.com
                                              *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 28, 2018, I filed the foregoing paper using the CMECF System, which will send electronic notification of the same to the following counsel of record:

L. Jackson Young, Jr.
Ferguson, Frost, Moore & Young, LLP
1400 Urban Center Drive, Suite 200
Birmingham, AL  35242

Kirkland E. Reid
Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602

Matthew W. Robinett
Norman, Wood, Kendrick & Turner
Ridge Park Place, Ste. 3000
1130 22nd Street South
Birmingham, AL 35205

Jessica C. Casey
1420 Peachtree Street
Suite 800
Atlanta, GA 30309

                */s/ Micah S. Adkins*
                \Micah S. Adkins