# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# (SOUTHERN DIVISION)

| | |
|---|---|
| **JAMES WALTHALL,** ) | |
| ) | |
|    **PLAINTIFF,** ) | |
| ) | |
| **V.** ) | **CIVIL ACTION NO.:** |
| ) | |
| **EQUIFAX INFORMATION** ) | **2:17-cv-01095-KOB** |
| **SERVICES, INC., ET AL.,** ) | |
| ) | |
|    **DEFENDANTS.** ) | |

## ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT EQUIFAX INFORMATION SERVICES, LLC (ONLY)

In accordance with the parties' Joint Stipulation of Dismissal with Prejudice, filed February 28, 2018, (Doc. #29), the court hereby orders that this action against Equifax Information Services, LLC (only), shall be, and is, **DISMISSED WITH PREJUDICE**. Said parties to bear their own costs, expenses, and attorney's fees. The Clerk of the Court is directed to terminate Equifax Information Services, LLC as a defendant in this matter.

Plaintiff's claims against the remaining defendant remain before the court.

DONE and ORDERED this 28th day of February, 2018.

_____
 KARON OWEN BOWDRE
 CHIEF UNITED STATES DISTRICT JUDGE