FILED

2018 Mar-22  AM 10:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ALABAMA
### (SOUTHERN DIVISION)

| | | |
|---|---|---|
| JAMES WALTHALL, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO.: |
| | ) | |
| EQUIFAX INFORMATION | ) | 2:17-cv-01095-KOB |
| SERVICES, INC., ET AL., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## JOINT STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE

COME NOW Plaintiff James Walthall ("Plaintiff") and Defendant Experian

Information Solutions, Inc. ("Experian"), pursuant to Rule 41(a)(1)(ii) of the Federal

Rules of Civil Procedure, and jointly stipulate that Experian is due to be dismissed

from this action, *with prejudice*, costs and attorneys' fees as to said defendant taxed

as paid.

Respectfully submitted,

Micah S. Adkins (ASB-8639-I48A)
THE ADKINS FIRM, P.C.
7100 Executive Center Drive, Suite 110
Brentwood, Tennessee 37027
Telephone:   (615) 370-9659
Facsimile:   (615) 370-4099

Email:   MicahAdkins@ItsYourCreditReport.com
*Counsel for Plaintiff*

Jessica C. Casey
Ga Bar No. 626823
Jones Day
1420 Peachtree Street NE, Suite 800
Atlanta, GA 30309-3053
Telephone: (404) 581-8582
Facsimile: (404) 581-8330
Email: jcasey@jonesday.com
*Counsel for Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2018, I filed the foregoing paper using the CMECF System, which will send electronic notification of the same to the following counsel of record:

L. Jackson Young, Jr.                Kirkland E. Reid
Ferguson, Frost, Moore & Young, LLP  Jones Walker LLP
1400 Urban Center Drive, Suite 200   11 N. Water Street, Suite 1200
Birmingham, AL  35242                Mobile, AL 36602


Jessica C. Casey
1420 Peachtree Street
Suite 800
Atlanta, GA 30309


                         */s/ Micah S. Adkins*
                         Micah S. Adkins