# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES WALTHALL, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO.: |
| | ) | |
| EQUIFAX INFORMATION SERVICES, INC., ET AL., | ) ) | 2:17-cv-01095-KOB |
| | ) | |
| DEFENDANTS. | ) | |

## ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

In accordance with the parties' Joint Stipulation of Dismissal with Prejudice, filed March 22, 2018 (Doc. 33), the court hereby orders that this action against Experian Information Solutions, Inc., shall be, and is, **DISMISSED WITH PREJUDICE**.  Said parties to bear their own costs, expenses, and attorney's fees.

DONE and ORDERED this 22nd day of March, 2018.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE